1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAQUEL WAGONER, | CASE NO. 2:18-cv-00504-RSM |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation, AND WHATABRANDS, LLC, as plan administrator and plan sponsor, a foreign corporation, | |
| Defendants. | |

## **STIPULATION**

COME NOW the parties hereto, Plaintiff Raquel Wagoner, by and through her attorneys of record, Patrick H. LePley and LePley Law Firm, and Defendants Liberty Life Assurance Company Of Boston and Whatabrands, LLC, by and through their attorneys of record, Stacy Monahan Tucker and Ropers Majeski Kohn & Bentley, and hereby stipulate, pursuant to FRCP 41(a)(ii), that all of Plaintiff's claims against the Defendants and this action in its entirety shall be dismissed with prejudice and without costs.

STIPULATION AND
ORDER OF DISMISSAL - 1
2:18-cv-00504-RSM

LePLEY LAW FIRM
12600 SE 38th Street, Suite 201
Bellevue, WA 98006
P: (425) 641-5353
F: (425) 747-0611

Respectfully submitted,

LePLEY LAW FIRM

DATED:  April 9, 2019      By:/s/ *Patrick H. LePley*
                            Patrick H. LePley, WSBA No. 7071
                            Email:  phl@lepleylawfirm.com

                            Attorney for Plaintiff


                            ROPERS MAJESKI KOHN & BENTLEY

                            By: /s/ Stacy Monahan Tucker
DATED:  April 9, 2019        Stacy Monahan Tucker, WSBA No. 43449
                            Email:  stacy.tucker@rmkb.com

                            Attorneys for Defendants

LePLEY LAW FIRM
12600 SE 38th Street, Suite 201
Bellevue, WA  98006
P: (425) 641-5353
F: (425) 747-0611

# <u>ORDER</u>

Based on the above stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice and without costs or attorney fees to any party.

DATED this 12th day of April 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

Submitted by:
LePLEY LAW FIRM

/s/ Patrick H. LePley
Patrick H. LePley, WSBA #7071
Attorney for Plaintiff

STIPULATION AND
ORDER OF DISMISSAL - 3
2:18-cv-00504-RSM

LePLEY LAW FIRM
12600 SE 38th Street, Suite 201
Bellevue, WA 98006
P: (425) 641-5353
F: (425) 747-0611